that the merchandise consists of cedar shorts similar in all material respects to those the subject of *Border Brokerage Co. et al.* v. *United States* (52 Cust. Ct. 204, C.D. 2461), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 19, 1966

**No. 69742.**—Lincoln International, Inc. *v.* United States, protest 65/7441 (New York).

Opinion by RAO, C.J. It appearing from the official papers that the protest was filed more than 60 days after liquidation it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 69743.**—Lincoln International, Inc. *v.* United States, protest 65/7442 (New York).

Opinion by RAO, C.J. It appearing from the official papers that the protest was filed more than 60 days after liquidation it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, JANUARY 20, 1966

**No. 69744.**—A. Simkins, Inc. *v.* United States, protest 64/18669 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of wall ornaments similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiff was sustained.